IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER HAMPTON                                                    PLAINTIFF

v.                              No. 5:12-cv-327-DPM

RELIANCE STANDARD LIFE
INSURANCE COMPANY and
OZARK MOTOR LINES INC.
BENEFIT PLAN                                                        DEFENDANTS

ORDER

The Court notes and appreciates the parties' joint report and stipulation on the loose ends. The Court confirms that Defendants have made a conditional stipulation, preserving their right to appeal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2013