IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER HAMPTON                                                    PLAINTIFF

v.                              No. 5:12-cv-327-DPM

RELIANCE STANDARD LIFE
INSURANCE COMPANY and
OZARK MOTOR LINES INC.
BENEFIT PLAN                                                          DEFENDANTS

## JUDGMENT

The Court enters Judgment for Christopher Hampton and against Reliance Standard Life Insurance Company and Ozark Motor Lines Inc. Benefit Plan for $56,700.00. This amount reflects:

- $43,200.00 recovery for the long-term disability benefits due under the terms of the plan;

- $1,000.00 in pre-judgment interest; and

- $12,500.00 in attorney fees and costs.

Post-judgment interest will accrue at 0.11% per annum from today until the Judgment is paid. 28 U.S.C. § 1961(a)-(b).

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 July 2013