IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER HAMPTON                                           PLAINTIFF

v.                      No. 5:12-cv-327-DPM

RELIANCE STANDARD LIFE
INSURANCE COMPANY and
OZARK MOTOR LINES INC.
BENEFIT PLAN                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Court of Appeals' mandate, № 42, Hampton's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2014